THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, | : |
| Plaintiff, | : |
| v. | : 3:21-CV-294 |
| DEBRA McCARTHY, | : (JUDGE MARIANI) |
| Defendant. | : |

### ORDER

**AND NOW, THIS 5TH DAY OF APRIL, 2021**, upon consideration of Plaintiff's Motion to Remand Action to State Court (Doc. 6), for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion to Remand Action to State Court (Doc. 6) is **GRANTED IN PART AND DENIED IN PART** as follows:

    a. Plaintiff's request that the action be remanded to state court is **GRANTED**. The above-captioned matter is **REMANDED** to the Court of Common Pleas of Luzerne County, Pennsylvania.

    b. Plaintiff's request for attorney's fees is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** the case.

Robert D. Mariani
United States District Judge